*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 24-BG-1148**

In re AHAD ALI KHILJI,

                          Respondent.

An Inactive Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No. 1779004**

FILED 02/06/2024
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**DDN: 2024-D164**

BEFORE: Howard and Shanker, Associate Judges, and Glickman, Senior Judge.

### O R D E R
(FILED—February 6, 2025)

On consideration of the summary issued by the Presiding Disciplinary Judge of the Colorado Supreme Court, indicating that respondent was suspended from the practice of law by consent for 60 days, fully stayed in favor of probation for two years with conditions; this court's December 18, 2024, order directing respondent to show cause why reciprocal discipline should not be imposed; respondent's response consenting to reciprocal discipline; and the statement of Disciplinary Counsel, it is

ORDERED that Ahad Ali Khilji is hereby suspended from the practice of law for 60 days, fully stayed in favor of two years of probation conditioned on respondent's compliance with the probationary conditions in Colorado. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposing identical discipline and exceptions to this presumption should be rare).

### PER CURIAM